IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HENRY J. CHOICE,**

   *Plaintiff*,

v.　　　　　　　　　　　　　　　　Case No.: 4:22cv427-MW/MAF

**CHEROKEE EQUIPMENT,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." Plaintiff's motion, ECF No. 5, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED** on February 13, 2023.

                                            s/Mark E. Walker_____
                                            **Chief United States District Judge**